UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED** |
| v. | ) CR S 06-295 FCD | AUG - 4 2006 |
| JOSE MUNOZ-BRIONES | ) | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| | ) | DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum         ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):  **SIERRA CONSERVATION CENTER JAMESTOWN**

Detainee is:   a.)   (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
               charging detainee with: <u>Being a Deported Alien Found in the United States</u>
         or  b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
          or  b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
                is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:                  /s/ Michael M. Beckwith
Printed Name & Phone No:    MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for:     United States of America

### WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/4/06

_____
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jose Eduardo Munoz | Male **X**  Female ___ |
| Booking or CDC #: | V78213 | DOB: _____ |
| Facility Address: | 5100 O'byrnes Ferry Road | Race: _____ |
| | Jamestown, CA 93210 | FBI #: 51661CC6 |
| Facility Phone: | 209-983-5291 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                         (Signature)