```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOSE MUNOZ-BRIONES
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-06-0295 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER VACATING** |
| v. | ) | **TRIAL DATE AND SCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| JOSE MUNOZ-BRIONES, | ) | **"AS MODIFIED"** |
| | ) | |
| Defendant. | ) | Date: September 11, 2006 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Munoz-Briones, that the dates scheduled for trial confirmation hearing and jury trial (September 11 and October 3, 2006) may be vacated and a status conference scheduled for October 10, 2006, at 9:30 a.m.

   Defense counsel seeks additional time to obtain and review records concerning Mr. Munoz's sole prior conviction, hoping that there may be grounds to reopen that case. The outcome of a successful attack on the prior conviction will significantly affect resolution of the present case. Counsel also seeks additional time to consult with members of Mr. Munoz's family who live in the

Los Angeles area. For these reasons, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on October 9 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  September 6, 2006           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOSE MUNOZ-BRIONES

                                    McGREGOR SCOTT
                                    United States Attorney


Dated:  September 6, 2006           /s/ T. Zindel for M. Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
```

**O R D E R**

Existing dates are vacated and a status conference is scheduled for October 10, 2006, at 9:30 a.m. The Court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 10, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

```
Dated: September 6, 2006            /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL, JR.
                                    United States District Judge
```

Stip. re J. Munoz-Briones            -2-