1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE MUNOZ-BRIONES
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. CR. S-06-0295 FCD
                                   )
14                 Plaintiff,      )
                                   ) **STIPULATION AND ORDER VACATING**
15      v.                         ) **TRIAL DATE AND SCHEDULING STATUS**
                                   ) **CONFERENCE**
16 JOSE MUNOZ-BRIONES,             )
                                   )
17                 Defendant.      ) Date:  October 9, 2006
                                   ) Time:  9:30 a.m.
18 _____ ) Judge: Hon. Frank C. Damrell, Jr.

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Jose Munoz-Briones, that the status conference

22 scheduled for October 9, 2006, may be continued to November 13, 2006, at

23 9:30 a.m.

24      Defense counsel seeks additional time to consult with Mr. Munoz's

25 family regarding evidence that may mitigate the sentence and to consult

26 with probation and the U.S. Attorney about calculation of the guidelines.

27 Defense counsel hopes these efforts will favorably affect resolution of

28 the case.  So that they may be done, the parties agree that time under

1   the Speedy Trial Act should be excluded from the date of this order
2   through the status conference on November 13 pursuant to 18 U.S.C. §
3   3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 5, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOSE MUNOZ-BRIONES

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  October 5, 2006                 /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 13, 2006, at 9:30 a.m.  The Court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 13, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:  October 6, 2006

                                        /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL, JR.
                                        United States District Judge

Stip. re J. Munoz-Briones              -2-