```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE MUNOZ-BRIONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-0295 FCD |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER VACATING** |
| v. | ) ) | **TRIAL DATE AND SCHEDULING STATUS CONFERENCE** |
| JOSE MUNOZ-BRIONES, | ) ) | |
| Defendant. | ) ) | Date:  November 13, 2006<br>Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Munoz-Briones, that the status conference scheduled for November 13, 2006, may be continued to December 4, 2006, at 10:00 a.m.

   Defense counsel seeks additional time to consult with Mr. Munoz's family regarding evidence that may mitigate the sentence and to consult with probation and the U.S. Attorney about calculation of the guidelines. Defense counsel hopes these efforts will favorably affect resolution of the case.  So that they may be done, the parties agree that time under

1  the Speedy Trial Act should be excluded from the date of this order
2  through the status conference on December 4 pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated: November 7, 2006                  /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for JOSE MUNOZ-BRIONES

                                         McGREGOR SCOTT
                                         United States Attorney

Dated: November 7, 2006                  /s/ T. Zindel for M. Beckwith
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney


**O R D E R**

   The status conference is continued to December 4, 2006, at 10:00 a.m.  The Court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 4, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   IT IS SO ORDERED.

DATED: November 8, 2006

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

Stip. re J. Munoz-Briones        -2-