1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   JOSE MUNOZ-BRIONES

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        ) No. CR. S-06-0295 FCD
                                    )
14              Plaintiff,          )
                                    ) **STIPULATION AND ORDER**
15      v.                          )
                                    ) Date:  December 4, 2006
16 JOSE MUNOZ-BRIONES,              ) Time:  10:00 a.m.
                                    ) Judge: Hon. Frank C. Damrell, Jr.
17              Defendant.          )
                                    )
18 _____  )

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Munoz-Briones, that the status conference scheduled for December 4, 2006, may be continued to December 18, 2006, at 10:00 a.m.

    Defense counsel seeks additional time to consult with Mr. Munoz's family regarding evidence that may mitigate the sentence and to consult with probation and the U.S. Attorney about calculation of the guidelines. Defense counsel hopes these efforts will favorably affect resolution of the case.  So that they may be done, the parties agree that time under

1 the Speedy Trial Act should be excluded from the date of this order
2 through the status conference on December 18 pursuant to 18 U.S.C. §
3 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 1, 2006            /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JOSE MUNOZ-BRIONES

                                   McGREGOR SCOTT
                                   United States Attorney

Dated: December 1, 2006            /s/ T. Zindel for M. Beckwith
                                   MICHAEL BECKWITH
                                   Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 18, 2006, at 10:00 a.m.  The Court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 1, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE