UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 11, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:06CR295-GGH
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOSE MUNOZ-BRIONES, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSE MUNOZ-BRIONES__, Case No. __2:06CR295-GGH__, Charge __8USC § 1325__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        __ (Other)  __

Issued at __Sacramento, CA__ on __January 11, 2007__ at __2:43 pm__.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal