McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MUNOZ-BRIONES, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-06-295 FCD <br><br> MOTION TO DISMISS INDICTMENT <br> and ORDER DISMISSING <br> INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Jose Munoz-Briones, filed on July 20, 2006, in CR. No. S-06-295 FCD.  On January 11, 2007, in the courtroom of Magistrate Judge Gregory G. Hollows, the defendant pleaded guilty to a superseding information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.  The defendant

///
///
///
///
///

1 | waived appeal and was sentenced to time served, which consists of
2 | over five months in federal custody.

DATED: January 19, 2006            McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

DATED: January 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE